UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VICTORIA HERNANDEZ,                    No. 2:05-cv-1963-MCE-EFB

      Plaintiff,

  v.                                    **ORDER**

KSM PROPERTIES and
KSM FOOD STORE, INC.,

      Defendants.
_____/

    This matter came on calendar for an Order to Show Cause Hearing on November 27, 2006 due to defense counsel, Ricardo Monterrosa's failure to comply with Fed. R. Civ. P. 26(b). Mr. Monterrosa was ordered to personally appear at the November 27, 2006 hearing per the Court's first Order to Show Cause Order filed October 16, 2006. Mr. Monterrosa failed to appear at the November 27, 2006 Order to Show Cause hearing.

    On November 27, 2006, the Court sanctioned Mr. Monterrosa in the amount of $250.00 for his failure to appear at the hearing and an additional $250.00 for his failure to participate in the filing of the Joint Status Report.

///

These sanctions were ordered to be paid to the Clerk's Office not later than December 7, 2006 and a declaration under penalty of perjury stating that the sanctions were not charged to his client's trust account was also ordered to be filed with the Court.  As of the date of this Order, the sanctions totaling $500.00 have not been paid and the declaration under penalty of perjury was not filed.

   The Court hereby makes the following Orders:

   1.  Mr. Monterrosa is sanctioned an additional $1,001.00 for his failure to timely comply with the Court's Order of November 27, 2006.

   2.  Mr. Monterrosa's failure to comply with the Court's September 28, 2005 Order for Joint Status Report, his failure to personally appear at the November 27, 2006 Order to Show Cause Hearing, his failure to comply with the Court's Order for sanctions and his failure to file the declaration are all hereby referred to the State Bar of California for disciplinary action.

   IT IS SO ORDERED.

DATED: January 12, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2