1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10
11  VICTORIA HERNANDEZ,
                                    NO. 2:05-cv-1963-MCE-EFB
12            Plaintiff,
13       v.                         ORDER
14  KSM PROPERTIES, KSM FOOD
    STORE, INC.,
15
              Defendants.
16
                          ----oo0oo----
17
18       Through the present action, Plaintiff Victoria Hernandez
19  ("Plaintiff") alleges disability discrimination in violation of
20  Title III of the Americans with Disabilities Act, 42 U.S.C. §
21  12181, et seq. ("ADA") and related provisions sounding under
22  state law pursuant to the Unruh Civil Rights Act (California
23  Civil Code § 51, et seq.).  The parties do not dispute that this
24  matter was resolved through execution of a Settlement Agreement
25  on or about March 26, 2007.
26  ///
27  ///
28  ///

                                1

1  In addition to the payment of $4,000.00 in damages, that
2  Agreement provided that Plaintiff was entitled to reasonable
3  attorney's fees and costs to be determined by the Court by motion
4  filed within one month following the date of the Agreement.  (See
5  Settlement Agreement, Ex. 16 to Decl. Of Thomas N. Stewart, III).
6  Plaintiff accordingly filed the instant Motion for Fees and Costs
7  on April 15, 2007, seeking attorney's fees in the amount of
8  $6,850.00 (27.4 hours at $250.00 per hour) and costs of $296.00
9  (consisting of the $250.00 filing fee and $46.00 in expense for
10 service of process) for a total amount of $7,146.00.  Although
11 the matter was scheduled for hearing on Friday, May 18, 2007,
12 Defendants filed no opposition whatsoever until the afternoon
13 beforehand (May 17, 2007) at a point in time where the matter had
14 already been submitted by the Court for disposition without oral
15 argument in accordance with the provisions of Local Rule 78-
16 230(h).

17      Both the ADA and applicable state law permit the prevailing
18 party in disability access litigation to recover reasonable
19 attorney's fees and costs.  Section 12205 of the ADA authorizes a
20 court, in its discretion, to "allow the prevailing party, other
21 than the United States, a reasonable attorney's fee, including
22 litigation expenses, and costs . . . ."  42 U.S.C. § 12205.  A
23 prevailing plaintiff under a statute so worded "should ordinarily
24 recover an attorney's fee unless special circumstances would
25 render such an award unjust."  Barrios v. Cal. Interscholastic
26 Fed'n, 277 F.3d 1128, 1134 (9th Cir. 2002), quoting Hensley v.
27 Eckerhart, 461 U.S. 424, 429 (1983).
28 ///

1    A plaintiff who enters a legally enforceable settlement
2 agreement is considered a prevailing party.  Id.  Moreover,
3 California Civil Code § 55  provides that "the prevailing party
4 in the action shall be entitled to recover reasonable attorney's
5 fees."  Cal. Civ. Code § 55.
6    After reviewing the evidence submitted in support of
7 Plaintiff's Motion, the Court finds that the fees and costs
8 claimed in this action are eminently reasonable under the
9 circumstances of this case.  The Court disregards the Opposition
10 filed by Defendant after submission of this matter, and less than
11 one business day preceding the scheduled hearing, on grounds that
12 said Opposition was utterly untimely in contravention of Local
13 Rule 78-230(c), which requires that opposition, if any, to a
14 motion be filed not less than fourteen (14) days prior to the
15 hearing date.  Although the Court hence views this Motion as
16 unopposed, it has still weighed the evidence submitted in support
17 of the Motion and in the exercise of its discretion finds the
18 fees and costs sought to be justified.
19    Based on the foregoing, Plaintiff is entitled to reasonable
20 attorneys' fees and costs in the amount of $7,146.00.  Plaintiff
21 will accordingly be awarded that amount.
22    IT IS SO ORDERED.

24  Dated: May 25, 2007

                                          _____
                                          MORRISON C. ENGLAND, JR.
                                          UNITED STATES DISTRICT JUDGE

3